No. 11–8113.  GADSDEN v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 11–8154.  HOWELL v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

